IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 1:11-CV-681-TMH |
| | )  [WO] |
| | ) |
| ANDY HUGHES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

A review of the *in forma pauperis* application filed by the plaintiff on August 23, 2011 reveals he seeks to consolidate this case with *Robinson v. Kaufuman*, Case No. 11-CV-657-TMH-TFM for purposes of withholding payment of a filing fee (Court Doc. No. 2 at 1). The court therefore construes the application to contain a motion to consolidate. Upon consideration of the motion to consolidate payment of the filing fee, and as the provisions of 28 U.S.C. § 1915(b)(1) require that a prisoner who files a civil action *in forma pauperis* pay the requisite filing fee for each such action, it is

ORDERED that this motion be and is hereby DENIED.

Done this 25th day of August, 2011.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE