IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:11-CV-681-TMH |
| | ) | [WO] |
| | ) | |
| ANDY HUGHES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the motion for order to cease filed by the plaintiff on October 4, 2011 (Court Doc. No. 16), in which the plaintiff seeks return of confiscated legal materials and provision of personal hygiene articles, and for good cause, it is

ORDERED that on or before October 19, 2011 the defendants shall show cause why this motion should not be GRANTED.  The Clerk is DIRECTED to provide a copy of the aforementioned motion and this order to defendant Hughes.

Done this 4th day of October, 2011.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE