IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES ROBINSON, #121865,       )
                               )
        Plaintiff,             )
v.                             )    CASE NO. 1:11-cv-681-MEF
                               )
ANDY HUGHES, *et al.,*         )
                               )
        Defendants.            )

# **O R D E R**

On  November 16, 2011, the Magistrate Judge filed a Recommendation (Doc. #49)

in this case to which no timely objections have been filed.  Upon an independent review of

the file in this case and upon consideration of the Recommendation of the Magistrate Judge,

it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  The motion for preliminary injunction filed by the plaintiff is DENIED.

3.  This case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 12th day of December, 2011.

                    _____/s/ Mark E. Fuller_____
                    UNITED STATES DISTRICT JUDGE